1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

AMANDA LLOYD,

Plaintiff (s),

v.

IQ DATA INTERNATIONAL INC,

Defendant (s).

CASE NO.
3:20–cv–05579–MAT

DISMISSAL ORDER

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within sixty (60) days of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED The 4th of December 2020

s/ Mary Alice Theiler

Mary Alice Theiler
United States Magistrate Judge

DISMISSAL ORDER – 1